# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN TOSTON, | Case No. 2:18-cv-02424-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| NATALIE WOODS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 13), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 13) is **GRANTED**. Respondents will have up to and including October 3, 2019, to file a response to the amended petition (ECF No. 8).

DATED: September 4, 2019

_____
GLORIA M. NAVARRO
United States District Judge