# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARILYN TOSTON,

    Petitioner,

    v.

NATALIE WOODS, et al.,

    Respondents.

Case No. 2:18-cv-02424-GMN-BNW

**ORDER**

Petitioner has filed an amended unopposed motion for enlargement of time (first request) (ECF No. 25) and a supplement (ECF No. 26). The court grants the motion.

Respondents have filed a motion for leave to file documents under seal (ECF No. 22). The court finds that the proposed sealed exhibits contain confidential and sensitive information, and the court grants the motion. See Kamakana v. City and Cnty. Of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

IT THEREFORE IS ORDERED that petitioner's amended unopposed motion for enlargement of time (first request) (ECF No. 25) and supplement (ECF No. 26) are **GRANTED**. Petitioner will have up to and including December 23, 2019, to file a response to the motion to dismiss (ECF No. 17).

///

///

1

1     IT FURTHER IS ORDERED that respondents' motion for leave to file documents under
seal (ECF No. 22) is **GRANTED**.

DATED: November 7, 2019

                                       _____
                                       GLORIA M. NAVARRO
                                       United States District Judge